ACCEPTED
03-13-00852-CR
4224145
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/20/2015 9:49:08 AM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/20/2015 9:49:08 AM
JEFFREY D. KYLE
Clerk

**GREGORY LOPEZ** §
**Appellant** §
§
**vs.** § **Case No. 03-13-00852-CR**
§
**STATE OF TEXAS** §
**Appellee** §

## APPELLANT'S UNOPPOSED MOTION TO AMEND BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW Appellant, through his undersigned counsel, pursuant to Rule 38.1(e) and 39.7 of the Texas Rules of Appellate Procedure, respectfully requests the Court allow the filing of an Amended Brief in lieu of the original brief. In support of his motion, Appellant shows unto the Court:

1. On December 16, 2014, Appellant filed his Brief with the Third Court of Appeals without the request for oral argument on the cover page of his brief.

2. As required, any party requesting oral argument must note that request on the front cover of the party's brief. Due to this omission, Appellant is requesting permission to file his Amended Brief with the request for oral argument on the cover page.

3. This motion is not filed in order to delay or hamper these proceedings.

WHEREFORE, Appellant respectfully requests the Court grant his motion and allow him to file an Amended Brief in lieu of the original brief to be considered by this Court.

Submitted this the 20th day of February, 2015.

Respectfully submitted,

**SERGI AND ASSOCIATES P.C.**
329 South Guadalupe Street
San Marcos, Texas 78666
Tel: 512 392 5010
Fax: 512 392 5042


By:   /s/ David K. Sergi
      David K. Sergi
      State Bar No. 18036000
      E-Mail: david@sergilaw.com

      ATTORNEY FOR GREGORY LOPEZ

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.5(b) I certify that I have conferred with the Comal County District Attorney's Office, Joshua Presley, counsel for Appellee and have been informed that Appellee takes no opposition to our Motion to Amend Brief.

/s/ David K. Sergi
David K. Sergi

## CERTIFICATE OF SERVICE

This is to certify that on February 20, 2015 a true and correct copy of the above and foregoing document was served on the Comal County District Attorney's Office, Joshua Presley, by fax at (830) 608-2008.

*/s/ David Sergi*
David K. Sergi
